No. 22-2794

# In The United States Court of Appeals
## FOR THE SEVENTH CIRCUIT

———

BROWN COUNTY TAXPAYERS ASSOCIATION,
PLAINTIFF-APPELLANT,

v.

JOSEPH R. BIDEN, JR., *ET AL.,*
DEFENDANTS-APPELLEES.

———

On appeal from the United States District Court
For the Eastern District of Wisconsin
Case No. 1:22cv1171
The Honorable William C. Griesbach, Senior District Judge

———

**AGREED MOTION FOR VOLUNTARY
DISMISSAL OF APPEAL**

———

Plaintiff-Appellant, Brown County Taxpayers Association, by its undersigned counsel and with the agreement of Defendants-Appellees, Joseph R. Biden, Jr., Miguel A. Cardona, Richard A. Cordray, and U.S. Department of Education, Office of Federal Aid, hereby moves for an entry of an order pursuant to Fed. R. Civ. P. 42(b) dismissing this appeal. The grounds for this motion are as follows:

1

1. This action was originally filed on October 4, 2022, in the United States District Court for the Eastern District of Wisconsin.

2. The District Court dismissed the complaint and entered judgment for Defendants on October 6, 2022.

3. The notice of appeal was filed with the District Court on October 7, 2022.

4. Plaintiff-Appellant filed an emergency motion for injunction pending appeal on October 11, 2022, in this Court, which was denied on October 12, 2022.

5. Counsel for Defendants-Appellees agree to voluntary dismissal of this appeal.

6. Plaintiff-Appellant wishes to voluntarily dismiss this appeal.

7. Each side will bear their own costs.

WHEREFORE, Plaintiff-Appellant, with consent of Defendants-Appellees, requests entry of an order granting its motion to voluntarily dismiss this appeal.

Dated this 7th day of November, 2022.

WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.

s/ *Daniel P. Lennington*

Richard M. Esenberg
Daniel P. Lennington
330 E. Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 183 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(E), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this motion has been prepared in a proportionately spaced typeface using the 2016 version of Microsoft Word in 14-point Century Schoolbook font.

Dated: November 7, 2022

s/ <i>Daniel P. Lennington</i><br>
DANIEL P. LENNINGTON